**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER GONZALEZ, | Case No.: 3:26-cv-00106-ART-CSD |
| Plaintiff | **Order** |
| v. | |
| LYON COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants | |

Plaintiff has initiated a civil action in this court. Plaintiff is an inmate in the custody of the Washoe County Detention Center.

Plaintiff's complaint was not accompanied by an application to proceed *in forma pauperis* (IFP) and Plaintiff has not paid the filing fee.

The fee for filing any civil action (other than a petition for writ of habeas corpus) is $405 ($350 filing fee and $55 administrative fee). Inmates filing lawsuits in the U.S. District Court for the District of Nevada who are unable to pay the entire filing fee at the time of filing of the complaint must apply for IFP status using the court's form application to proceed IFP for an inmate. If granted IFP status, the inmate will be required to pay an initial partial filing (if sufficient funds exist), and then pay the remainder of the $350 filing fee (but not the $55 administrative fee) in installments over time. If granted IFP status, you are responsible for paying the full $350 filing fee (over time) *even if your civil action is dismissed*. The court will continue to collect payments until the entire filing fee is paid.

The inmate must: (1) complete the information requested on pages 1 and 2 of the application; (2) **sign** the financial acknowledgement form on page 3; and (3) provide the financial certificate **signed by an authorized officer** from the facility in which the inmate is in custody on page 4 that includes the current account balance, average monthly balance for the past six months, and average monthly deposits for the past six months.

The Clerk shall **SEND** Plaintiff the IFP application and instructions for an inmate.

Plaintiff has **30 days** from the date of this Order to file a completed IFP application on the correct form, signed by the inmate on page 3, and signed by an authorized officer on page 4, or pay the $405 filing fee.

Plaintiff is cautioned that if he fails to comply with this order, this action may be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: February 12, 2026

_____
Craig S. Denney
United States Magistrate Judge

2