**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KRISTOPHER GONZALEZ,

    Plaintiff

v.

LYON COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants

Case No.: 3:26-cv-00106-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. On March 5, 2026, a letter from the court to Plaintiff was returned as undeliverable. Therefore, Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____
Craig S. Denney
United States Magistrate Judge