**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER GONZALEZ, | Case No.: 3:26-cv-00106-ART-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| LYON COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants | |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

On March 5, 2026, a letter from the court to Plaintiff was returned as undeliverable. As such, on March 9, 2026, the court issued an order giving Plaintiff 21 days to update his address with the court in compliance with Local Rule IA 3-1. Plaintiff was cautioned that a failure to timely comply with the court's order would lead to a recommendation for dismissal of this action without prejudice. (ECF No. 5.)

Plaintiff has failed to update his address with the court; therefore, this action should be dismissed without prejudice pursuant to Local Rule IA 3-1.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: April 7, 2026

_____
Craig S. Denney
United States Magistrate Judge

2