UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KRISTOPHER GONZALEZ,

           Plaintiff,

    v.

LYON COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

           Defendants.

Case No. 3:26-cv-00106-ART-CSD

ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF No. 8)

Plaintiff Kristopher Gonzalez sues Defendants Lyon County Sheriff's Department, Judge Schlegelmilch, Lyon County, and Cera Rom for "malicious prosecution, prosecutorial misconduct, and parental alienation." (ECF No. 1-1.) On April 7, 2026, Magistrate Judge Denney issued a Report and Recommendation ("R&R") recommending dismissing this action without prejudice for Mr. Gonzalez's failure to update his address. (ECF No. 8.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Gonzalez has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 8.)

1

## II.    ANALYSIS

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Denney did not clearly err. Here, Judge Denney recommends dismissal of this action because Mr. Gonzalez has failed to update his address with the Court, which caused multiple mailings to be returned as undeliverable and which contravenes the Court's express order for Plaintiff to update his address. (ECF No. 5.) The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III.    CONCLUSION

IT IS THEREFORE ORDERED that Judge Denney's Report and Recommendation (ECF No. 8) is ADOPTED IN FULL.

IT IS FURTHER ORDERED that this action is dismissed without prejudice based on Mr. Gonzalez's failure to provide an updated address in compliance with this Court's March 9, 2026, order. (ECF No. 5.)

DATED THIS 22nd day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE